# IN THE SUPREME COURT OF TEXAS

═══════════
No. 16-0770
═══════════

IN THE MATTER OF THE MARRIAGE OF I.C. AND Q.C.
AND IN THE INTEREST OF S.C. AND K.C., CHILDREN

═══════════════════════════════════════════
ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS
═══════════════════════════════════════════

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The judgment of the court of appeals is affirmed; and

2) James Dondero shall recover, and Rebecca Dondero shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Blacklock

Concurring opinion filed by Justice Lehrmann

June 29, 2018

\*\*\*\*\*\*\*\*\*\*